[No. 4521-II. Division Two. May 18, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. JERRY GUNTER, *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. CR-421, John H. Kirkwood, J.,

entered December 14, 1979. *Affirmed* by unpublished opinion per Petrie, A.C.J., concurred in by Pearson and Corbett, JJ.